In the Matter of the Estate of GERTRUDE BACON, Deceased. BESSIE W. BIRDSALL and Others, Appellants; ALLEN J. HURD and Others, Respondents.— Decree reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: In view of our disposition of this matter as hereinafter stated, we deem it not necessary at this time to pass on the admissibility of the documents received by the court below on the theory that they afforded presumptive evidence of the fact of adoption by reason of the provisions of section 389-a of the Civil Practice Act and for the same reason we do not now pass on the question as to whether the recital of the words in such documents " my adopted daughter, Mary A. Bacon " is surplusage unnecessary to the disposition and administration of the property of the declarants. (*Matter of Draske*, 160 Misc. 587.) There is no proof in the record that in any way substantiates or corroborates the declarations contained in the documents above mentioned (*Fulkerson* v. *Holmes*, 117 U. S. 389, 397; *Smith* v. *Allen*, 32 App. Div. 374; affd., 161 N. Y. 478) and for that reason alone, it is necessary to reverse the order, determination and decree of the surrogate on the law and on the facts and to order a new trial of this matter. All concur. (The decree determines certain persons to have been adopted children, in a proceeding to determine distributees of an estate.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

STANLEY APENOWICH, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, and Others, Respondents.— Order, so far as appealed from, affirmed, without costs of this appeal to either party. All concur. (The portion of the order appealed from reinstates petitioner to his position as guard at Attica State Prison, but directs that he remain under suspension and that a hearing be had as to charges made against him.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL GARTH COVELL, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ABBIE K. RANBUSKA, as Administratrix, etc., of OTTO RANBUSKA, Deceased, Respondent, v. ONTARIO KNIFE COMPANY, Appellant.— Order affirmed, without costs of this appeal to either party, with leave to the defendant to plead the facts used to support its motion in an answer as a defense, and defendant is given ten days to answer after service of a copy of the order with notice of entry thereof. All concur, except Dowling, J., who dissents and votes for reversal and for granting the motion. (The order denies a motion to dismiss the complaint in a silicosis action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [See *post*, p. 1057.]